IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff**<br><br>    **v.**<br><br>**[7] ANTONIO DE JESUS-VELAZQUEZ,**<br><br>    **Defendant.** | **Criminal No. 08-163 (ADC)** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On August 14, 2008, defendant Antonio de Jesús-Velázquez filed a Motion to Suppress audiotape N-26. Defendant challenges its admissibility asserting the same was not audible. (**Docket No. 181**).

The government opposed defendant's motion (**Docket No. 183**). A hearing was held before Magistrate-Judge Marcos E. López who subsequently issued a Report and Recommendation. It was recommended that:

    (a)    the government was to amend and correct the transcripts at pages 5 and 14.

All other portions of the recording were deemed audible and the transcript legible. (**Docket No. 184**).

No objections were filed. Since the Magistrate-Judge's Report and Recommendation remains unopposed, the recommendations therein are **ADOPTED**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of February, 2009.

                                                     S/**AIDA M. DELGADO-COLON**
                                                     **United States District Judge**