IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff

    v.

**[7]** ANTONIO DE JESUS-VELAZQUEZ,

    Defendant.

Criminal No. 08-163 (ADC)

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 14, 2008, defendant Antonio de Jesús-Velázquez filed a Motion to Suppress audiotape N-26. Defendant challenges its admissibility asserting the same was not audible. (**Docket No. 181**).

The government opposed defendant's motion (**Docket No. 183**). A hearing was held before Magistrate-Judge Marcos E. López who subsequently issued a Report and Recommendation. It was recommended that:

    (a)    the government was to amend and correct the transcripts at pages 5 and 14.

All other portions of the recording were deemed audible and the transcript legible. (**Docket No. 184**).

No objections were filed. Since the Magistrate-Judge's Report and Recommendation remains unopposed, the recommendations therein are **ADOPTED**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of February, 2009.

                                                  S/**AIDA M. DELGADO-COLON**
                                                  **United States District Judge**